# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| BELINDA R. HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 19-cv-03135 |
| | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 19).  Magistrate Judge Schanzle-Haskins recommends that this Court (1) deny Plaintiff's Motion for Summary Judgment (d/e 12), (2) grant Defendant's Motion for Summary Affirmance (d/e 16), and (3) affirm Defendant's decision to deny Social Security disability benefits to Plaintiff.

Magistrate Judge Schanzle-Haskins entered his Report and Recommendation on July 30, 2020.  On August 13, 2020, Plaintiff

filed her Objection to Magistrate's Report and Recommendation (d/e 20).

The district court reviews de novo any part of a magistrate judge's report and recommendation to which a specific written objection has been made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has thoroughly reviewed Magistrate Judge Schanzle-Haskins's Report and Recommendation as well as Plaintiff's Objection to Magistrate's Report and Recommendation. Applying a de novo review, the Court agrees with Magistrate Judge Schanzle-Haskins's recommendations and the analysis underlying those recommendations.

It is, therefore, ORDERED:

**(1)   The Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 19) is ACCEPTED.**

**(2)   Plaintiff's Motion for Summary Judgment (d/e 12) is DENIED.**

**(3)   Defendant's Motion for Summary Affirmance (d/e 16) is GRANTED.**

**(4)   Defendant's decision to deny Social Security disability benefits to Plaintiff is AFFIRMED.**

**(5)    THIS CASE IS CLOSED.**

ENTER:  August 14, 2020

>  */s/ Sue E. Myerscough*
>  SUE E. MYERSCOUGH
>  UNITED STATES DISTRICT JUDGE